1  DANIEL G. BOGDEN
   United States Attorney
2  DANIEL SCHIESS
   Chief, Criminal Division
3  Assistant United States Attorney
   501 Las Vegas Blvd., South #1100
4  Las Vegas, Nevada  89101
   (702) 388-6336
5

6              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
7

8  UNITED STATES OF AMERICA,        )    2:12-cr-00083-APG-GWF
                                    )
9          Plaintiff,               )    MOTION UNDER LR IA 10.3
                                    )    FOR DEPARTMENT OF JUSTICE
10         v.                       )    TRIAL ATTORNEY TO APPEAR
                                    )    IN THIS COURT ON BEHALF OF
11  OMAR BUTT,                      )    THE UNITED STATES
                                    )
12         Defendant.               )
                                    )
13

14         The United States of America, by and through Daniel G. Bogden, United States Attorney,

15  and DANIEL SCHIESS, Chief, Criminal Division, Assistant United States Attorney, respectfully

16  moves for United States Department of Justice,  Organized Crime and Gang Section, Trial

17  Attorney Kelly Pearson to be permitted to appear in this Court in the above captioned case under

18  LR IA 10.3.  Ms. Pearson is a member in good standing of the Virginia State Bar, number 68527.

19  In addition, she is employed by the United States as an attorney, and in the course and

20         / / /

21         / / /

22         / / /

23

1    scope of her employment has occasion to appear in this Court on behalf of the United States.

2           Dated this ___10th___ day, May 2016.

3

4                                             DANIEL G. BOGDEN
                                              United States Attorney

5

6                                             DANIEL SCHIESS
                                              Chief, Criminal Division

7                                             Assistant United States Attorney

8    IT IS SO ORDERED.

9

10

11   **GEORGE FOLEY, JR.**
     **United States Magistrate Judge**

12
     **Dated:   May 12, 2016**
13

14

15

16

17

18

19

20

21

22

23