UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:12-CR-083-APG-GWF |
| vs. | ) ) | |
| OMAR BUTT, | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

On July 18, 2016, this court received a request for transcripts of hearings held on April 4, 2013, May 6, 2013, June 12, 2013, May 3, 2012, November 13, 2012, January 3, 2013, February 26, 2013, August 14, 2013 and September 17, 2013, from Mark D. Eibert, Court-Appointed Attorney, in which **portions of the hearings were sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portions of the transcript shall be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by Defense counsel.

**IT IS FURTHER ORDERED** that the sealed portions of the transcript shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that Defense counsel shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this __20th__ day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE