# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:12-cr-00083-APG-GWF-1 |
| Plaintiff-Appellee, | |
| vs. | ~~[PROPOSED]~~ ORDER |
| **OMAR BUTT**, | |
| Defendant-Appellant. | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Mr. Michael Sanft shall forward his file in the above case, and provide any information necessary to access any discovery or other part of the file, to appellate Counsel Mark Eibert within two (2) business days of the date of this Order.

2. Mr. Sanft shall cooperate fully with Mr. Eibert and any future appellate or habeas counsel for Mr. Butt in this case.

3. Mr. Sanft shall respond promptly to all communications by appellate or habeas counsel for Mr. Butt in the above case.

4. The Clerk of the Court is directed to serve Mr. Sanft with this Order.

5. If Mr. Sanft has not complied with paragraph one (1) of this Order, he is required to personally appear in court on **Friday, August 26, 2016 at 10:00 a.m.** in LV Courtroom 3A.  However, if Mr. Eibert notifies the Court prior to the hearing that Mr. Sanft has complied with paragraph one (1), then the hearing will be vacated.

-1-

IT IS SO ORDERED.

DATED this 22 day of August, 2016.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE