DAVID L. JAFFE
CHIEF, ORGANIZED CRIME AND GANG SECTION
U.S. DEPARTMENT OF JUSTICE
Kelly Pearson
Deputy Chief
Organized Crime and Gang Section
1301 New York Avenue, N.W.
Washington, D.C. 20005
202-230-0709
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 2:12-CR-83-APG-GWF |
| OMAR BUTT, | ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION TO CONTINUE GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT BUTT'S MOTION FOR COMPASSIONATE RELEASE

Plaintiff United States of America, by and through DAVID L. JAFFE, Chief, Organized Crime and Gang Section, U.S. Department of Justice, Kelly Pearson, Deputy Chief and defendant OMAR BUTT, by and through his undersigned attorney, stipulate and request that the Court continue for seven days the government's response to the defendant's motion for compassionate release (Doc. 541), current due on December 30, 2020. The government requests additional time to respond to defendant Butt's motion.

WHEREFORE, the parties stipulate and request that the Court continue the government's deadline to respond to BUTT's motion for compassionate release to January 6, 2021.

RESPECTFULLY SUBMITTED this 29th day of December, 2020.

        DAVID JAFFE,
        Chief, Organized Crime and Gang Section
        U.S. Department of Justice

        /s/ Kelly Pearson
        KELLY PEARSON
        Deputy Chief

       By: /s/ Allen Frankel, Esq.
        ALLEN FRANKEL, Esq.
        Counsel for defendant BUTT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>OMAR BUTT,<br>Defendant. | Case No.: 2:12-CR-83-APG-GWF<br>**ORDER CONTINUING RESPONSE DEADLINE FOR GOVERNMENT TO DOC. 541** |

This matter comes before the Court on the parties' Stipulation to Continue the government's deadline to respond to defendant Butt's motion for compassionate release. (Doc. 541). Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1. The parties agree that the Government needs additional time respond to the defendant's motion for compassionate release.

2. Defendant BUTT has no objection to a continuance the government's deadline to respond from December 30, 2020 to January 6, 2021.

IT IS THEREFORE ORDERED that the government's deadline to respond to the defendant's motion for compassionate release, Doc. 541 be reset for January 6, 2021.

IT IS SO ORDERED this 29th day of December, 2020.

______________________________
HON. ANDREW P. GORDON
UNITED STATES DSITRICT JUDGE