# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00083-APG-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| OMAR BUTT, | |
| Defendant. | |

Defendant Omar Butt filed a notice of appeal from my order denying his motion for compassionate release. That notice of appeal was filed more than 14 days after entry of my order. Thus, it was not timely under Federal Rule of Appellate Procedure 4(b)(1)(A). However, I can extend the deadline to file the notice of appeal up to 30 days if there is good cause or excusable neglect. *See* Fed. R. App. P.4(b)(4). Accordingly, the Ninth Circuit remanded this case to me for the limited purpose of permitting Butt an opportunity to request that the time for filing the notice of appeal be extended under Rule 4(b).

I THEREFORE ORDER that defendant Omar Butt may file a motion to extend the appeal deadline under Rule 4(b)(4) by March 19, 2021. That motion must explain whether there is excusable neglect or good cause for Butt's failure to file his notice of appeal within the 14 days allowed by Rule 4(b)(1)(A).

I FURTHER ORDER the clerk of court to serve a copy of this order on Mr. Butt at the following address: Reg. No. 80177-053, FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Cresson, PA 16630.

Dated: February 17, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE