**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>OMAR BUTT,<br><br>          Defendant. | Case No.: 2:12-cr-00083-APG-GWF<br><br>**ORDER GRANTING MOTION TO EXTEND APPEAL DEADLINE**<br><br>[ECF No. 555] |

I HEREBY ORDER that defendant Omar Butt's motion (ECF No. 555) to extend the appeal deadline under Federal Rule of Appellate Procedure 4(b)(4) is GRANTED. Mr. Butt's motion explains that he did not timely receive my order denying his motion for compassionate release, so he was unable to timely file a notice of appeal. I find good cause to extend the deadline, and I deem his notice of appeal (ECF No. 551) to be timely, retroactively.

I FURTHER ORDER the clerk of court to (1) send a copy of this order to the clerk of court for the Ninth Circuit, and (2) serve this order on Mr. Butt at the following address:

    Reg. No. 80177-053
    FCI Loretto, Federal Correctional Institution
    P.O. Box 1000,
    Cresson, PA 16630

Dated: April 26, 2021.

                                                                _____
                                                                ANDREW P. GORDON
                                                                UNITED STATES DISTRICT JUDGE