# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00083-APG-GWF |
| Plaintiff, | **ORDER** |
| v. | [ECF No. 557] |
| OMAR BUTT, | |
| Defendant. | |

On June 29, 2021, I received a letter from defendant Omar Butt requesting assistance with approval of a release plan allowing him to relocate to New York instead of Nevada. ECF No. 557. I forwarded his request to the Probation Office for the District of Nevada. I have been informed that the Probation Office for the Eastern District of New York has inspected and approved Mr. Butt's proposed residence. At present, that is the limit of my authority on this issue.

Dated: August 16, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE